# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAGOS and ARTURO CARRENO, individually and on behalf of other persons similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>MONSTER PAINTING, INC.; TREVOR PHILLIP SCHAUS and BRENDA LINGLE,<br><br>          Defendants. | Case No.  2:11-cv-00331-LRH-GWF<br><br>**ORDER**<br><br>Motion for New Scheduling Order (#54) |

This matter comes before the Court on Plaintiffs' Motion for New Scheduling Order (#54), filed on June 6, 2012.  Plaintiffs request the Court re-open discovery in light of the Court's Order (#34), granting in part Defendants' Motion to Dismiss.  Plaintiffs represent that both Plaintiffs and Defendants wish to take additional depositions, but are unable to under the current discovery plan, which provided that the close of discovery was December 8, 2011.  Defendants failed to file an opposition to this motion and the time for opposition has now expired.  The Court will therefore grant Plaintiffs' request and allow further discovery in this matter.  The Court directs the parties to meet and confer and submit a proposed discovery plan and scheduling order to the Court for its review.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for New Scheduling Order (#54) is **granted**.  The parties shall meet and confer and submit a proposed discovery plan and scheduling order no later than **Friday, July 6, 2012.**

DATED this 26th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge