# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTONIO LAGOS and ARTURO CARRENO, individually and on behalf of other persons similarly situated,

    Plaintiffs,

vs.

MONSTER PAINTING, INC.; TREVOR PHILLIP SCHAUS and BRENDA LINGLE,

    Defendants.

Case No.  2:11-cv-00331-LRH-GWF

**ORDER**

   This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#64), filed June 27, 2012, and Defendants' Proposed First Amended Discovery plan and Scheduling Order (#65), filed June 27, 2012.  Upon review and consideration, the Court will grant a 90 day extension to the discovery plan.  Accordingly,

   **IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

   1. Discovery Cut-Off Date:  **September 25, 2012**.

   2. Last date to file motion for certification of Collective Action and/or Class Action: **October 25, 2012**

   3. Amending the Pleadings or Adding Parties:  Date is closed.

   4. Deadline for Disclosure of Experts:  An Amended Stipulated Discovery Plan and Scheduling Order is due no later than two (2) weeks after the Court issues an order regarding the motion to certify, which shall include the deadline for disclosure of experts.

. . .

1   5. Dispositive motions:  An Amended Stipulated Discovery Plan and Scheduling Order is due no later than two (2) weeks after the Court issues an order regarding the motion to certify, which shall include the deadline for filing dispositive motions.

6. Pre-Trial Order:  An Amended Stipulated Discovery Plan and Scheduling Order is due no later than two (2) weeks after the Court issues an order regarding the motion to certify, which shall include the deadline for the joint pretrial order.

DATED this 29th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge