UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAGOS and ARTURO CARRENO, individually and on behalf of other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MONSTER PAINTING, INC.; TREVOR PHILLIP SCHAUS and BRENDA LINGLE,<br><br>    Defendants. | Case No.  2:11-cv-00331-LRH-GWF<br><br>**AMENDED ORDER**<br><br>Motion to Withdraw (#70) |

   This matter comes before the Court on its Order (#73) granting Eric Dobberstein's Motion to Withdraw as Counsel of Record (#70). In his Motion to Withdraw, Mr. Dobberstein requested leave to withdraw as counsel for Defendants Trevor Schaus and Brenda Lingle because they failed to pay their legal fees and refused to cooperate. The Court granted the Motion on August 14, 2012 (#73). The Court's Order did not grant, and Mr. Dobberstein's Motion did not seek, leave to withdraw as counsel for Defendant Monster Painting, Inc. Therefore, Mr. Dobberstein remains counsel of record for Monster Painting, Inc. In the event Mr. Dobberstein desires to withdraw as counsel for Monster Painting, Inc., he may move the Court for leave. Accordingly,

   **IT IS HEREBY ORDERED** that the Court's August 14, 2012 Order (#73) granting Eric Dobberstein's Motion to Withdraw (#70) is amended to provide that Mr. Dobberstein is permitted to withdraw as counsel for Defendants Trevor Schaus and Brenda Lingle only.

...

...

...

1  **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this order to
2  Brenda Lingle and Trevor Phillip Schaus at their last-known address:

3  **Brenda Lingle**
**Trevor Phillip Schaus**
4  P.O. Box 26566
Las Vegas, Nevada 89126

5  DATED this 11th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge