UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO LAGOS, ARTURO CARREÑO, ROSA RODRIGUEZ, and LUPE URIBE,<br><br>Plaintiffs,<br><br>v.<br><br>MONSTER PAINTING, INC.; TREVOR PHILLIP SCHAUS; and BRENDA LINGLE;<br><br>Defendants. | 2:11-CV-00331-LRH-GWF<br><br>ORDER |

Before the Court is Plaintiffs Antonio Lagos ("Lagos") and Arturo Carreño's ("Carreño") Supplemental Calculations for Default Judgment. Doc. #86.[1]

On November 5, 2013, the Court granted in part and denied in part Plaintiffs' Motion for Default Judgment against Defendants Trevor Phillip Schaus ("Schaus") and Brenda Lingle ("Lingle"). Doc. #85. The Court further requested that Plaintiffs submit new damages calculations to reflect the Court's ruling and ordered that Plaintiffs' Counsels' attorney fees and costs be reduced by 25%. *Id.* Four (4) days past the deadline, Lagos and Carreño submitted new damages calculations and a reduced attorney fees and costs request. *See* Doc. #86.

Because Lagos and Carreño's supplemental request is unaccompanied by any supporting documentation or explanation of how their Fair Labor Standards Act ("FLSA") damages were

---

[1] Refers to the Court's docket number.

calculated, the Court referenced the spreadsheet accompanying Plaintiffs' Motion for Default Judgment in order to verify the supplemental calculations. *See* Doc. #84, Ex. D, pp. 1-4; *see also* Doc. #84, Ex. C (declaration of Blaine Jordan testifying as to the accuracy of the spreadsheet documenting Lagos and Carreño's unpaid wages and overtime). According to the aforementioned spreadsheet, for those claims properly pleaded in the Third Amended Complaint, the Court ascertains FLSA damages to be as follows: (1) Carreño is entitled to $3,920.02 in unpaid wages and overtime, and $3,920.02 in liquidated damages, for a total of $7,840.04; (2) Lagos is entitled to $171.47 in unpaid wages and overtime, and $171.47 in liquidated damages, for a total of $342.94. To the extent Lagos and Carreño's supplemental FLSA damages calculations differ from these calculations, the Court finds that the former shall be disregarded as they are unsupported by any evidence. The Court finds that the remainder of Lagos and Carreño's damages calculations and their reduced request for attorney fees and costs is properly supported by the evidence submitted with Plaintiffs' Motion for Default Judgment. *See* Doc. #86; *see also* Doc. #84, Ex. D, pp. 6-7; Doc. #84, Ex. E.

IT IS THEREFORE ORDERED that default judgment shall be entered in favor of Plaintiffs Lagos and Carreño and against Defendants Schaus and Lingle in the amount of $59,665.98.

IT IS SO ORDERED.

DATED this 5th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE