AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Antonio Lagos, et al., | **DEFAULT** |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Monster Painting, Inc., et al., | Case Number: 2:11-cv-00331-LRH-GWF |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment shall be entered in favor of Plaintiffs Antonio Lagos and Arturo Carreño and against Defendants Trevor Phillip Schaus and Brenda Lingle in the amount of $59,665.98.

December 6, 2013      /s/ Lance S. Wilson

Date      Clerk

/s/ Erin Smith

(By) Deputy Clerk